**NORTH STAR ALASKA,**
**Plaintiff–Appellant,**

**North Star Borough, Intervenor–Appellee,**

v.

**UNITED STATES of America,**
**Defendant–Appellee.**

No. 92–35082.

United States Court of Appeals,
Ninth Circuit.

Sept. 2, 1993.

*ORDER*

WALLACE, Chief Judge.

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.